**Order entered July 16, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00167-CR

**MELVIN PIERRE JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-80626-2014**

## ORDER

The Court **GRANTS** court reporter Indu Bailey's July 15, 2015 request for an extension of time to file the reporter's record. We **ORDER** Ms. Bailey to file the reporter's record within thirty days of the date of this order.


/s/     ADA BROWN
          JUSTICE